UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| LURLYN HENRY, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 6:21-cv-01471 |
| | § § | |
| CU RECOVERY, INC., | § § | |
| *Defendants.* | § | |

**DEFENDANT CU RECOVERY, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on interested Persons and Corporate Disclosure Statement:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

Larlyn Henry

    *Plaintiff*

Jibrael S. Hindi

Thomas J. Patti

The Law Offices of Jibrael S. Hindi

*Plaintiff's Attorneys*

C.U. Recovery

*Defendant*

PSCU, Inc.

*Parent Company of Defendant*

Charles J. McHale

Dale T. Golden

Golden Scaz Gagain, PLLC

*Attorneys for Defendant*

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

N/A

4.) The name of each victim (individual and corporate), including every person who may be entitled to restitution:

N/A

5.) Check one of the following:

__X__ a. I certify that I am unaware of any actual or potential conflicts of interest involving the district judge and Magistrate Judge assigned to this case

and will immediately notify the Court in writing upon learning of any such conflict.

- Or –

\_\_     b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows (explain).

Dated: September 13, 2021				Respectfully submitted,

				/s/ Charles J. McHale
				Charles J. McHale, Esq.
				FBN:  0026555
				**GOLDEN SCAZ GAGAIN, PLLC**
				1135 Marbella Plaza Drive
				Tampa, Florida 33619
				Phone:  (813) 251-5500
				Direct:  (813) 251-3632
				Fax:  (813) 251-3675
				cmchale@gsgfirm.com